UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KEVIN M.S. OLLIE,

    Plaintiff,

    v.                                     Case No. 19-cv-272-pp

MILWAUKEE COUNTY BEHAVIORAL
HEALTH DIVISION, UNKNOWN STAFF,
UNKNOWN INPATIENTS, DR. TODD, DR. DAN,
TREATMENT DIRECTORS, SUSAN BAUERS,
DAVID J. MACHEREY, NOAH JEANNETTE, and
UNKNOWN CLEANING STAFF,

    Defendants.

---

**ORDER DISMISSING CASE FOR FAILURE TO FILE AN AMENDED COMPLAINT**

---

On August 7, 2019, the court issued an order giving the plaintiff the opportunity to file an amended complaint. Dkt. No. 4. The order provided the plaintiff with specific instructions on how to amend his complaint, and informed him of the information he needed to include in the amended complaint if he wanted the court to screen it. The court gave the plaintiff a deadline of Friday, September 13, 2019 by which to file the amended complaint, making clear that he needed to file the amended complaint in time for the court to *receive* it by the end of the day that day.

The court has not received the plaintiff's amended complaint. The court told the plaintiff that it would dismiss his complaint if he did not file the amended complaint by the deadline, and that is what it will do.

The court **ORDERS** that this case is **DISMISSED without prejudice** for the plaintiff's failure to comply with a court order and failure to file an amended complaint by the deadline the court set.

Dated in Milwaukee, Wisconsin this 16th day of September, 2019.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**